UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MILLICENT ROBERTS, et al.,

                         Plaintiffs

- v -

DETECTIVE PETER BOHRINGER, et al.,

                         Defendants.
------------------------------------------------------------------x

**MEMORANDUM AND ORDER**

CV 13-7346 (JBW)(VVP)

As the complaint filed in this case does not comply with Rule 5.2(a) of the Federal Rules of Civil Procedure, the clerk is directed to strike it from the record. The plaintiffs shall provide the clerk's office with a corrected pleading that comports with Rule 5.2(a)(1) regarding only using the last four digits of an individual's taxpayer-identification number.

                         **SO ORDERED:**

                         *Viktor V. Pohorelsky*

                         VIKTOR V. POHORELSKY
                         United States Magistrate Judge

Dated: Brooklyn, New York
       January 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MILLICENT ROBERTS, individually and as parent and
natural guardian of C.B., an infant under the age of
fourteen years, ANGELA SEWARD and CLARENCE
A. SCOTT, JR.,

                    COMPLAINT AND
                    JURY TRIAL DEMAND

                    Plaintiffs,

      - against -

DETECTIVE PETER BOHRINGER, Tax Registration
No. 915326, P.O. "JOHN DOES" 1-12, P.O. "JANE
DOES" 1-6 and THE CITY OF NEW YORK,

                    Defendants.
-------------------------------------------------------X

        Plaintiffs, MILLICENT ROBERTS, individually and as parent and natural guardian of C.B., an infant under the age of fourteen years, ANGELA SEWARD and CLARENCE A. SCOTT, JR., by their attorney, ALAN D. LEVINE, ESQ., complaining of the defendants herein, respectfully allege as follows:

## JURISDICTION

        1.     This is a civil action, seeking compensatory damages, punitive damages and attorney's fees.

        2.     This action is brought pursuant to 42 U.S.C. §§1983 and 1988 and the fourth and fourteenth amendments to the Constitution of the United States.

        3.     Jurisdiction is founded upon 28 U.S.C. §§1331, 1343 and 1367.

        4.     Plaintiffs, invoking the pendent jurisdiction of this Court, also seek compensatory and punitive damages for false arrest and battery.